SILVER *v.* THE STATE.

FISH, J. Where in the trial of one charged with a violation of section 428 of the Penal Code, as amended by the act of Dec. 9, 1897 (Acts 1897, p. 39), the case, under the evidence, turned upon the question whether the accused, in the transaction under consideration, either as seller himself, or as agent of a seller, took an order for a sale of liquor, or whether he merely acted as the agent of the purchaser in sending an order for liquor, evidence offered by the accused that the purchaser paid for a telegram sent by the accused for the liquor was relevant, and it was error to exclude such evidence as immaterial.

　　　　　　　　*Judgment reversed. All the Justices concurring.*

　　　　　Argued December 5, — Decided December 13, 1898.

Certiorari.　Before Judge Reese.　Hancock superior court. October 14, 1898.

*Hunt & Merritt, F. L. Little,* and *C. A. Picquet,* for plaintiff in error.　*R. H. Lewis, solicitor-general,* and *B. W. Moore,* by *Harrison & Bryan,* contra.

---

CARTER *et. al. v.* THE STATE.

COBB, J. This case is controlled by the decision of this court in the case of *Zachery* v. *State,* 106 *Ga.* 123.

　　　　　　　　*Judgment affirmed. All the Justices concurring.*

　　　　Submitted December 5, — Decided December 13, 1898.

Certiorari.　Before Judge Harris.　Carroll superior court. October term, 1898.

*Felix N. Cobb* and *L. D. McPherson,* for plaintiff in error. *T. A. Atkinson, solicitor-general,* and *R. D. Jackson,* contra.